Gordon, as administrator, etc., of Joseph Gordon, Jr., deceased, against Eugene L. Ashley.
PER CURIAM. Judgment affirmed, with costs.
COCHRANE, J., dissents.

GORE v. GLOVER. (Supreme Court, Appellate Division, First Department. June 8, 1906.) Action by Frank E. Gore against Clare G. Glover. No opinion. Motion denied, with $10 costs. Order signed.

GOODWIN, Appellant, v. OCHS, Respondent. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Richard Goodwin against Wilhelmina Ochs. No opinion. Judgment of the Municipal Court affirmed, with costs.

GOWDEY, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by James C. Gowdey, as administrator, etc., of Harriett L. Gowdey, deceased, against the Erie Railroad Company. No opinion. Judgment and orders unanimously affirmed, with costs, on the authority of McSweeney v. Erie R. Co., 93 App. Div. 496, 87 N. Y. Supp. 836.

GREENLEY, Respondent, v. EARLY, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Thomas D. Greenley against Joseph N. Early. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

GUMBS v. GUMBS. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Action by Josephine M. Gumbs against Medora Gumbs. No opinion. Motion granted, with $10 costs. Order filed.

GUNTZER, Respondent, v. GUNTZER, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Action by Anthony C. Guntzer against Anna M. Guntzer. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

GUTH, Respondent, v. BARTH, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Minnie Guth against Joseph Barth. No opinion. Order of the Municipal Court affirmed, with costs.

GUTLIN, Respondent, v. GUTLIN, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by Eliza Gutlin against Herman Gutlin. No opinion. Motion to dismiss appeal granted.

HAGAN, Appellant, v. McADOO, Respondent. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Thomas A. Hagan against William McAdoo. No opinion. Motion denied.

HAIGHT, Respondent, v. HAIGHT & FREESE CO., Appellant. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by William C. Haight against the Haight & Freese Company. F. Bien, for appellant. W. P. Maloney, R. Foster, and H. C. Wilcox, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HAINES, Respondent, v. BARBER et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 17, 1906.) Action by Franklin Haines against Amsi L. Barber and others. No opinion. Motion to resettle order granted.

HALEY v. SHERIDAN et al. (Supreme Court, Appellate Division, First Department. June 20, 1906.) Actions by Annie C. Haley against Annie Sheridan and others. L. O. O'Brien, for the People. H. Melville, for respondents Kerr and others.
PER CURIAM. Judgment affirmed, with costs, on former opinion. 94 N. Y. Supp. 864. Settle order on notice.
O'BRIEN, P. J., and CLARKE, J., dissenting, on McCormack v. Coddington, 184 N. Y. 467, 77 N. E. 979.

HALSEY, Respondent, v. HOLLANDS et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 27, 1906.) Action by Anna Halsey against William Hollands, as administrator, etc., and others. No opinion. Judgment and order reversed, and new trial granted, with costs to appellant to abide event for the reasons stated on the former appeal in this action. 101 App. Div. 612, 92 N. Y. Supp. 1127.

HALSEY v. H. JEWETT DRAMATIC CO. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Action by Harry G. Halsey against the H. Jewett Dramatic Company. No opinion. Motion granted. Order filed.

HAMILTON, Appellant, v. FLECKENSTEIN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 21, 1906.) Action by James M. Hamilton against F. V. Fleckenstein, impleaded, etc. No opinion. Judgment affirmed, with costs.

HAMILTON, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Action by Charles J. Hamilton against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

HANN et al. v. BRETTLER et al. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by David Hann and another against Max Brettler and another. No opinion. Motion granted. Order signed.

HANNEY, Appellant, v. WREN et al., School Trustees, Respondents. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Mary Hanney against John Wren and others, as trustee of School District No. 5 of the town of Ossining.